# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTINE CONTEE**<br>3001 Logan Street<br>Forestville, MD 20747<br><br>                              **Plaintiff,**<br><br>      vs.<br><br>**WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY**<br>600 Fifth Street, N.W.<br>Washington, D.C. 20001<br><br>                              **Defendant.** | Civil Action No. 19-1740 _____ |

## DEFENDANT WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY'S NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT pursuant to 28 U.S.C. §§ 1441(a) and 1446, Defendant Washington Metropolitan Area Transit Authority ("WMATA") hereby removes this action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia. In support of this Notice of Removal, WMATA avers as follows:

### Procedural History and Plaintiff's Allegations

1. On April 22, 2019, the Plaintiff, Christine Contee, filed a Complaint against WMATA in the Superior Court of the District of Columbia, initiating this action.

2. The State court issued a Summons to WMATA on May 3, 2019.

3. On May 28, 2019, the Summons and Complaint were served upon WMATA by certified mail.

4. The Plaintiff's Complaint alleges that, on or about July 14, 2014, the Plaintiff was driving his motor vehicle in the District of Columbia, when a vehicle operated by an agent/employee of WMATA collided with Plaintiff's vehicle. (Compl. ¶ 2.) The Complaint seeks to recover damages for personal injuries. (*See generally* Compl.)

5. Based on these allegations, the Complaint purports to allege a State law claim for negligence against WMATA. (*Id.*)

## Grounds for Removal

6. Pursuant to 28 U.S.C. § 1441(a), this is a civil action brought in a State court of which the district courts of the United States have original jurisdiction.

7. This Court has original jurisdiction of this action under 28 U.S.C. § 1331. The WMATA Compact, Public Law 89-774, Paragraph 81, approved by Congress on November 6, 1966, as amended, reprinted at D.C. Code § 9-1107.01, Section 81, specifically grants federal question jurisdiction over suits against WMATA to this Court:

> The United States District Courts shall have original jurisdiction, concurrent with the Courts of Maryland and Virginia, of all actions brought by or against the Authority and to enforce subpoenas issued under this Title. Any such action initiated in a state court shall be removable to the appropriate United States District Court in the manner provided by Act of June 25, 1948, as amended (28 U.S.C. § 1446).

## The Procedural Requirements for Removal Have Been Satisfied

8. This case has been removed by WMATA to the district court of the United States for the district and division embracing the place where such action is pending. 28 U.S.C. §§ 1441(a) and 1446(a).

9. This Notice of Removal is filed within 30 days after the receipt by WMATA, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief

upon which this action is based.  28 U.S.C. § 1446(b)(1).  WMATA was served with the Summons and Complaint on May 28, 2019.

10. True and correct copies of all process, pleadings, and orders served on WMATA in the pending State court action are attached hereto as Exhibit A.

11. Contemporaneously with the filing of this Notice of Removal, WMATA is serving written notice of this Notice of Removal on counsel for Plaintiff and filing the same with the Clerk of the Superior Court of the District of Columbia, in accordance with 28 U.S.C. § 1446(d).

**Non-Waiver of Defenses**

12. By removing this action from the Superior Court of the District of Columbia, WMATA does not waive any defenses available to it.

13. By removing this action from the Superior Court of the District of Columbia, WMATA does not admit any of the allegations in Plaintiff's Complaint.

WHEREFORE, WMATA removes the above-captioned action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

DATE: June 14, 2019

        Respectfully submitted,

        WASHINGTON METROPOLITAN AREA
        TRANSIT AUTHORITY
        By counsel


        By:  /s/ J. Douglas Cuthbertson
             J. Douglas Cuthbertson # 479789
             Office of the General Counsel
             600 Fifth Street, N.W.
             Washington, D.C. 20001
             202.962.2537

                                  202.962.2550 (fax)
                                JDCuthbertson@wmata.com

## **CERTIFICATE OF SERVICE**

I certify that on June 14, 2019, a true and accurate copy of the foregoing was served on the undersigned counsel of record via the Court's ECF system and by first-class mail, postage prepaid:

Samuel B. Scott
Christian, Ashin & Brown, P.C.
7305 Baltimore Ave.
Suite 305
College Park, MD 20740


                                 /s/ J. Douglas Cuthbertson
                                 J. Douglas Cuthbertson #479789