IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

Christine Contee
3001 Logan Street
Forestville., Maryland 20747

    Plaintiff

vs.

Washington Metropolitan Area
Transit Authority
600 5 th Street, NW
Washington, DC 20001

    Defendant

Case Number:

## STATEMENT OF CLAIMS

Comes now the Plaintiff, Christine Contee, by and through his attorneys, Samuel B. Scott and Christian, Ashin & Brown, P.C., hereby file suit against the Defendant, Washington Metropolitan Area Transit Authority ( hereinafter known as "WMATA"), and as grounds in support thereof, the Plaintiff states as follows:

1. Jurisdiction is vested in this Honorable Court in that the tortious acts all occurred in the District of Columbia, and the amount in controversy is over FIVE THOUSAND DOLLARS ($5,000.00).

2. On or about July 14, 2014, the Plaintiff, Christine Contee, was driving his a motor vehicle in the District of Columbia when a vehicle operated by an agent/employee of the Defendant WMATA, negligently failed to maintain control of his vehicle and collided with the vehicle operated by the Plaintiff, in the absence of any and all contributory negligence by the Plaintiff, thereby causing the Plaintiff to sustain severe personal injuries.

CHRISTIAN, ASHIN
& BROWN, P.C.
7305 BALTIMORE AVENUE
SUITE 305
COLLEGE PARK, MARYLAND 20740

(301) 277-9171

EXHIBIT A

3. That at all times refer do herein the vehicle that collided with the Plaintiff was operated by an agent/employee of WMATA and WMATA is responsible for any and all actions of its agents/employees through the doctrine of "respondeat superior".

4. That on the date in question, the Defendant was negligent in the operation of his motor vehicle, in that he failed to pay full time and attention to operating his motor vehicle, failed to maintain complete control over his motor vehicle, failed to obey the traffic laws and regulations then and there in full force and effect in the District of Columbia, and otherwise failed to operate his motor vehicle in a safe and reasonable manner.

5. As the direct, sole and proximate result of the aforesaid negligence of the Defendant, the Plaintiff sustained serious personal injuries, including, but not limited to, her neck, lower back and upper back, as well as lost time from gainful employment, damage to property, suffered pain, anguish and other significant consequential damages, and continues to suffer such damages, in the sum of TEN THOUSAND DOLLARS ($10,000.00).

**WHEREFORE**, the Plaintiff, David Selby Jr, prays that this Honorable Court enter a judgment against the Defendant, Sandy Washington, in the sum of TEN HUNDRED THOUSAND DOLLARS ($10,000.00), plus costs of this suit and interest.

Christian, Ashin & Brown, P.C.

_____
Samuel B. Scott
Bar No: 198648
7305 Baltimore Avenue, #305
College Park, MD 20740
301-277-9171
samuel@dcmetroinjurylaw.com
Counsel for Plaintiff

CHRISTIAN, ASHIN
& BROWN, P.C.
7305 BALTIMORE AVENUE
SUITE 305
COLLEGE PARK, MARYLAND 20740

(301) 277-9171

EXHIBIT A

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

Christine Contee                                   Case Number: _____

vs                                                 Date: _____

WMATA                                              ☐ One of the defendants is being sued
                                                     in their official capacity.

| Name: (Please Print) Samuel B. Scott, Esq. | Relationship to Lawsuit |
| --- | --- |
| Firm Name: Christian, Ashin, and Brown | [X] Attorney for Plaintiff |
| Telephone No.: 301-277-9171  Six digit Unified Bar No.: 198648 | ☐ Self (Pro Se)  ☐ Other: _____ |

TYPE OF CASE:  ☐ Non-Jury     ☐ 6 Person Jury     ☐ 12 Person Jury
Demand: $ 10,000.00                               Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.: _____   Judge: _____   Calendar #: _____

Case No.: _____   Judge: _____   Calendar #: _____

---

NATURE OF SUIT:     (Check One Box Only)

**A. CONTRACTS**                          **COLLECTION CASES**

☐ 01 Breach of Contract           ☐ 14 Under $25,000 Pltf. Grants Consent   ☐ 16 Under $25,000 Consent Denied
☐ 02 Breach of Warranty           ☐ 17 OVER $25,000 Pltf. Grants Consent    ☐ 18 OVER $25,000 Consent Denied
☐ 06 Negotiable Instrument        ☐ 27 Insurance/Subrogation                ☐ 26 Insurance/Subrogation
☐ 07 Personal Property                Over $25,000 Pltf. Grants Consent          Over $25,000 Consent Denied
☐ 13 Employment Discrimination    ☐ 07 Insurance/Subrogation                ☐ 34 Insurance/Subrogation
☐ 15 Special Education Fees           Under $25,000 Pltf. Grants Consent         Under $25,000 Consent Denied
                                  ☐ 28 Motion to Confirm Arbitration
                                      Award (Collection Cases Only)

**B. PROPERTY TORTS**

☐ 01 Automobile                   ☐ 03 Destruction of Private Property      ☐ 05 Trespass
☐ 02 Conversion                   ☐ 04 Property Damage
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

**C. PERSONAL TORTS**

☐ 01 Abuse of Process             ☐ 10 Invasion of Privacy                  ☐ 17 Personal Injury- (Not Automobile,
☐ 02 Alienation of Affection      ☐ 11 Libel and Slander                         Not Malpractice)
☐ 03 Assault and Battery          ☐ 12 Malicious Interference               ☐ 18 Wrongful Death (Not Malpractice)
[X] 04 Automobile- Personal Injury ☐ 13 Malicious Prosecution               ☐ 19 Wrongful Eviction
☐ 05 Deceit (Misrepresentation)   ☐ 14 Malpractice Legal                    ☐ 20 Friendly Suit
☐ 06 False Accusation             ☐ 15 Malpractice Medical (Including Wrongful Death) ☐ 21 Asbestos
☐ 07 False Arrest                 ☐ 16 Negligence- (Not Automobile,         ☐ 22 Toxic/Mass Torts
☐ 08 Fraud                             Not Malpractice)                    ☐ 23 Tobacco
                                                                            ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE ☐    IF USED

CV-496/June 2015

EXHIBIT A

# Information Sheet, Continued

**C. OTHERS**

- [ ] 01 Accounting
- [ ] 02 Att. Before Judgment
- [ ] 05 Ejectment
- [ ] 09 Special Writ/Warrants (DC Code § 11-941)
- [ ] 10 Traffic Adjudication
- [ ] 11 Writ of Replevin
- [ ] 12 Enforce Mechanics Lien
- [ ] 16 Declaratory Judgment
- [ ] 17 Merit Personnel Act (OEA) (D.C. Code Title 1, Chapter 6)
- [ ] 18 Product Liability
- [ ] 24 Application to Confirm, Modify, Vacate Arbitration Award (DC Code § 16-4401)
- [ ] 29 Merit Personnel Act (OHR)
- [ ] 31 Housing Code Regulations
- [ ] 32 Qui Tam
- [ ] 33 Whistleblower

**II.**

- [ ] 03 Change of Name
- [ ] 06 Foreign Judgment/Domestic
- [ ] 08 Foreign Judgment/International
- [ ] 13 Correction of Birth Certificate
- [ ] 14 Correction of Marriage Certificate
- [ ] 26 Petition for Civil Asset Forfeiture (Vehicle)
- [ ] 27 Petition for Civil Asset Forfeiture (Currency)
- [ ] 28 Petition for Civil Asset Forfeiture (Other)
- [ ] 15 Libel of Information
- [ ] 19 Enter Administrative Order as Judgment [ D.C. Code § 2-1802.03 (h) or 32-151 9 (a)]
- [ ] 20 Master Meter (D.C. Code § 42-3301, et seq.)
- [ ] 21 Petition for Subpoena [Rule 28-I (b)]
- [ ] 22 Release Mechanics Lien
- [ ] 23 Rule 27(a)(1) (Perpetuate Testimony)
- [ ] 24 Petition for Structured Settlement
- [ ] 25 Petition for Liquidation

**D. REAL PROPERTY**

- [ ] 09 Real Property-Real Estate
- [ ] 12 Specific Performance
- [ ] 04 Condemnation (Eminent Domain)
- [ ] 10 Mortgage Foreclosure/Judicial Sale
- [ ] 11 Petition for Civil Asset Forfeiture (RP)
- [ ] 08 Quiet Title
- [ ] 25 Liens: Tax / Water Consent Granted
- [ ] 30 Liens: Tax / Water Consent Denied
- [ ] 31 Tax Lien Bid Off Certificate Consent Granted

_____  
Attorney's Signature

4/18/19  
_____  
Date

CV-496/ June 2015

EXHIBIT A

# CHRISTIAN, ASHIN & BROWN, P.C.

Attorneys at Law

7305 Baltimore Avenue • Suite 305 • College Park, Maryland 20740
Tel (301) 277-9171 • Fax (301) 699-1068
www.dcmetroinjurylaw.com

Paul S. Christian
Jeffery G. Ashin
Timothy D. Brown

Daniel G. Bastien
Samuel B. Scott
Jason B. Denardo

May 8, 2019

**_Via Certified Mail_**
WMATA
600 5th Street
Washington, DC 20001

Re:   **_Christine Contee VS. Washington Metropolitan Area Transit Authority_**
      Case Number: 050200061822019

Dear Sir/Madam:

Enclosed please find the Writ of Summons, Statement of Claims, Information Sheet, 10-104 with attachments and Interrogatories to be served upon the Defendant Washington Metropolitan Area Transit Authority.

Please return the completed Writ of Summons to my office along with your invoice. If you have any further questions regarding this matter, please do not hesitate to contact my office.

Very truly yours,

Samuel B. Scott

SBS/cog
Enclosure

EXHIBIT A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Elizabeth E. Lapp*  ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name): ELIZABETH E. LAPP   C. Date of Delivery: 5-28-19 |
| 1. Article Addressed to:<br>WMATA<br>600 5th Street, NW<br>Washington, DC 20001 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☑ No |
| | 3. Service Type<br>☑ Certified Mail®   ☐ Priority Mail Express™<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ Collect on Delivery |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7008 1300 0000 3819 3205 |

PS Form 3811, July 2013          Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Samuel B. Scott, Esq.
Christian, Ashin, & Brown, P.C.
7305 Baltimore Avenue, #305
College Park, Maryland 20740

RE: Christine Contee

EXHIBIT A